# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| VERGIE CROUCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:10CV133 |
| | § | |
| JOHNNIE RUTH COLEMAN, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 23, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Pro Se Plaintiff's Motion for Default Judgment (Dkt. 30) be DENIED.

The court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plaintiff's Motion for Default Judgment (Dkt. 30) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 1st day of March, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE