**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VERGIE CROUCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:10CV133 |
| | § | |
| JOHNNIE RUTH COLEMAN, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims of mail fraud, extortion, and wire fraud should be dismissed for lack of jurisdiction, that Defendant's Motion for Summary Judgment (Dkt. 33) should be GRANTED as to any remaining claims she brings under the RICO statute, and that Plaintiff should take nothing by her claims here.

The court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plaintiff's claims of mail fraud, extortion, and wire fraud are dismissed for lack of jurisdiction, Defendant's Motion for Summary Judgment (Dkt. 33) is GRANTED as to any remaining claims Plaintiff brings under the RICO statute, and Plaintiff shall take nothing by her claims here.

**IT IS SO ORDERED.**


**SIGNED this the 1st day of March, 2011.**


RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE